**458**

405 P.2d 938

**STATE of New Mexico ex rel. S. E. REYNOLDS, State Engineer, Relator,**

v.

**The Honorable Matias ZAMORA, District Judge, Fourth Judicial District, sitting within and for the County of Guadalupe, Respondent.**

No. 7978.

Supreme Court of New Mexico.

Sept. 20, 1965.

CARMODY, Chief Justice, and CHAVEZ, NOBLE, MOISE and COMPTON, Justices, concurring.

Ordered that the application for alternative writ of prohibition be and the same is hereby denied.

405 P.2d 938

**Juan RAMOS, Jr., Relator,**

v.

**George L. ZIMMERMAN, District Judge of the Third Judicial District, State of New Mexico, Respondent.**

**Henry Juan SANCHEZ, Relator,**

v.

**George L. ZIMMERMAN, District Judge of the Third Judicial District, State of New Mexico, Respondent.**

Nos. 7956, 7957.

Supreme Court of New Mexico.

Oct. 7, 1965.

CARMODY, Chief Justice, and CHAVEZ, NOBLE, MOISE, and COMPTON, Justices, concurring.

Ordered that the alternative writ of prohibition heretofore issued herein on August 25, 1965, be and the same is hereby made permanent.

405 P.2d 938

**The STATE of New Mexico, upon the Relation of Ramon TRUJILLO, Relator,**

v.

**Honorable Caswell S. NEAL, Judge of the Juvenile Court of Eddy County, State of New Mexico, Sitting by Designation as Judge of the Juvenile Court of San Miguel County, New Mexico, in the Place and in the Stead of Honorable Matias A. Zamora, Judge of the Juvenile Court of San Miguel County, State of New Mexico, Respondent.**

No. 7938.

Supreme Court of New Mexico.

Oct. 7, 1965.

CARMODY, Chief Justice, and CHAVEZ, NOBLE, MOISE and COMPTON, Justices, concurring.

Ordered that the alternative writ of prohibition heretofore issued herein on August 18, 1965, be and the same is hereby made permanent.